**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00043-CV

### IN THE MATTER OF L. A. T.

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82467-03**

## ORDER

We **DENY** the State's motion to dismiss for lack of jurisdiction.

We **GRANT** the State's motion for extension of time to file brief and **ORDER** the brief be filed no later than May 24, 2015.


/s/      CRAIG STODDART
JUSTICE